THE PEOPLE ex rel. NELLIE A. CRONIN, Respondent, *v.* JAMES W. COFFEY, Comptroller of the City of Troy, Appellant.

(Argued January 20, 1892; decided February 2, 1892.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made November 30, 1891, which affirmed an order of Special Term directing a mandamus to issue herein.

*William J. Roche* for appellant.

*Charles E. Patterson* for respondent.

Agree to affirm on opinion of LEARNED, J., below.
All concur, except MAYNARD, J., taking no part.
Order affirmed.